1
2
3
4
5
6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ 15-200 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DAVID MICHAEL LINDAMOOD, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Possession of Heroin with Intent to Distribute, in violation of 21 U.SC. § 841(a)(1)(C)

    Court 2:    Possession of Heroin with Intent to Distribute, in violation of 21 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

<u>Date of Detention Hearing</u>:  May 22, 2015

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2. The evidence against the defendant, although the least significant factor, is very strong. A search of defendant's residence following arrest resulted in a seizure of more than $100,000 of heroin (street value).

4. Defendant also stored 21 firearms in the same area of his residence, and thousands of rounds of ammunition. One of the guns that was located was a handgun stolen from the Seattle Police Department.

5. When defendant was arrested, he had pre-registered police buy funds on his person.

6. Although he did not discuss his current use of controlled substances during the pretrial services interview, he admitted to detectives that he sold heroin to pay bills and to support his own habit.

7. Defendant has been largely unemployed since 2009, with the exception of a six to eight month period of employment in 2014.

8. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant

1  is confined shall deliver the defendant to a United States Marshal for the
2  purpose of an appearance in connection with a court proceeding; and
3  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
4  counsel for the defendant, to the United States Marshal, and to the United States
5  Pretrial Services Officer.
6  DATED this 22nd day of May, 2015.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3